IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

MAICKEL SAMIR BEDIR,

      Appellant,

v.

      Case No.  5D22-2465
      LT Case No. 2022-CF-001314-AX

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed May 2, 2023

Appeal from the Circuit Court
for Lake County,
James R. Baxley, Judge.

Matthew J. Metz, Public Defender, and Nancy Ryan, Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Robin A. Compton, Assistant Attorney General, Daytona Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

WALLIS, SOUD and PRATT, JJ., concur.